IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. 14-2713 |
| | : | |
| v. | : | |
| | : | |
| THEODORE MCFADDEN, SR. | : | CRIMINAL NO. 10-663-2 |

## ORDER

**AND NOW**, this 29th day of July, 2014, upon consideration of the Defendant's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 483), the Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (Docket No. 493), all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Government's Motion to Dismiss Petition Under 28 U.S.C. § 2255 (Docket No. 493) is **GRANTED**.

2. The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 483) is **DISMISSED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.